# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Willie D. Randle, | ) No. CV 1-08-00845-JAT |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| L.V. Franklin, et al., | ) |
| Defendants. | ) |

On February 25, 2010, this Court ordered Plaintiff to show cause by March 29, 2010 why Defendant J. Nicholas should not be dismissed for failure to timely serve. On March 1, 2010, defense counsel provided the Court with information that an officer J. Nichols is an employee at Kern Valley State Prison. Further defense counsel suggested that perhaps this is who Plaintiff was attempting to serve in this case, rather than Defendants "Nicholas" or "Nicolas." Based on defense counsel's additional information,

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS ORDERED** that the Clerk of the Court shall send to Plaintiff with this Order a new summons for Defendant J. Nichols, and a new USM-285 form for Defendant J. Nichols. If Plaintiff intended to serve J. Nichols, Plaintiff shall complete and return these documents by the March 29, 2010 show cause deadline. Alternatively, if Plaintiff did not intend to serve J. Nichols, then Plaintiff must, by the March 29, 2010 show cause deadline, show cause why Defendant "Nicholas" should not be dismissed for failure to serve.

DATED this 8th day of March, 2010.

James A. Teilborg
United States District Judge