# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIE D. RANDLE,** | Case No. CV 08-0845 JAT |
| Plaintiff, | **ORDER** |
| v. | |
| **L. V. FRANKLIN, ET AL.,** | |
| Defendant. | |

On March 23, 2010 Defendants Franklin and Phillips filed a request to complete Plaintiff Willie D. Randle's deposition via videoconference. For good cause shown, IT IS ORDERED that Defendants' request (Doc. #39) is granted; Defendants' counsel may conduct Plaintiff's deposition via videoconference. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

Dated this 31st day of March, 2010.

James A. Teilborg
United States District Judge