# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| Willie D. Randle,         ) | No. CV-08-00845-JAT |
|                           ) | |
| Plaintiff,                ) | **ORDER** |
|                           ) | |
| vs.                       ) | |
|                           ) | |
| L.V. Franklin et al.,     ) | |
|                           ) | |
| Defendant.                ) | |
|                           ) | |

For good cause shown, the Court will grant Defendants' first request for a seven-day extension of time to file and serve their response to Plaintiff's Motion for Sanctions (Doc. # 67). Accordingly,

**IT IS ORDERED** that Defendants' Amended First Request for Extension of Time to Respond Plaintiff's Motion for Sanctions (Doc. # 71) is GRANTED. Defendants must file and serve their response on or before **November 5, 2010**.

**IT IS FURTHER ORDERED** that Defendants' First Request for Extension of Time to Respond Plaintiff's Motion for Sanctions (Doc. # 70) is DENIED as moot.

DATED this 2nd day of November, 2010.

*/s/ James A. Teilborg*
James A. Teilborg
United States District Judge