IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Willie D. Randle,<br><br>    Plaintiff,<br><br>vs.<br><br>L. V. Franklin et al.,<br><br>    Defendant. | No. CV-08-00845-JAT<br><br>**ORDER DIRECTING SERVICE OF SUBPOENAS BY UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS** |

    This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Willie D. Randle, a state prisoner proceeding *pro se* and *in forma pauperis*. Pursuant to the Court's minute entry and Final Pretrial Order filed on December 13, 2010, Plaintiff submitted subpoenas and USM-285 forms. (Docs. 84, 85.) *See* FED.R.CIV.P. 4, 45; 28 U.S.C. § 1915(d).

    Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall forward the following documents to the United States Marshals Service:

    a. Fifteen (15) completed and issued subpoenas to be served on:

        **Chief Deputy J. Castro**
        **Kern Valley State Prison**
        **3000 West Cecil Avenue**
        **Delano, California 93216**

| | |
|---|---|
| 1 | **R.N. G. Gutierrez** |
| 2 | **Kern Valley State Prison**<br>**3000 West Cecil Avenue** |
| 3 | **Delano, California 93216** |
| 4 | **Will Adams**<br>**Litigation Coordinator** |
| 5 | **Kern Valley State Prison**<br>**3000 West Cecil Avenue** |
| 6 | **Delano, California 93216** |
| 7 | **R. Munoz**<br>**Kern Valley State Prison** |
| 8 | **3000 West Cecil Avenue**<br>**Delano, California 93216** |
| 9 | **R.N. D. Facchinello** |
| 10 | **Kern Valley State Prison**<br>**3000 West Cecil Avenue** |
| 11 | **Delano, California 93216** |
| 12 | **R.N. C. Triesch**<br>**Kern Valley State Prison** |
| 13 | **3000 West Cecil Avenue**<br>**Delano, California 93216** |
| 14 | **M.T.A. T. Jones** |
| 15 | **Kern Valley State Prison**<br>**3000 West Cecil Avenue** |
| 16 | **Delano, California 93216** |
| 17 | **L.V.N. J. Gomez**<br>**Kern Valley State Prison** |
| 18 | **3000 West Cecil Avenue**<br>**Delano, California 93216** |
| 19 | **M.T.A. Mesza** |
| 20 | **Kern Valley State Prison**<br>**3000 West Cecil Avenue** |
| 21 | **Delano, California 93216** |
| 22 | **Correctional Sergeant J. Juarez**<br>**Kern Valley State Prison** |
| 23 | **3000 West Cecil Avenue**<br>**Delano, California 93216** |
| 24 | **Dr. Patel** |
| 25 | **Kern Valley State Prison**<br>**3000 West Cecil Avenue** |
| 26 | **Delano, California 93216** |
| 27 | **Correctional Lieutenant M.L. Phillips**<br>**Kern Valley State Prison** |
| 28 | **3000 West Cecil Avenue**<br>**Delano, California 93216** |

    **Correctional Sergeant K. Williams**
    **Kern Valley State Prison**
    **3000 West Cecil Avenue**
    **Delano, California 93216**

    **Chief Appeal N. Grannis**
    **California Department of Corrections and Rehabilitation**
    **Inmate Appeal Office, Branch Chief**
    **1515 S Street**
    **Sacramento, California 95814**

and

    **Captain R. Pennington**
    **California Department of Corrections and Rehabilitation**
    **Inmate Appeal Office**
    **1515 S Street**
    **Sacramento, California 95814**

    b. Fifteen (15) completed USM-285 forms; and

    c. Sixteen (16) copies of this order, one to accompany each subpoena and one for the Marshals Service.

2. Within **TWENTY (20) DAYS** from the date of this order, the Marshals Service is DIRECTED to serve the subpoenas in accordance with the provisions of Rule 45 of the Federal Rules of Civil Procedure.

3. The Marshals Service is DIRECTED to retain a copy of the subpoenas in its file for future use.

4. The Marshals Service SHALL effect **personal service** of the subpoenas, along with a copy of this order, upon the individuals named in the subpoenas pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).

5. Within **TEN (10) DAYS** after personal service is effected, the Marshals Service SHALL file the returns of service, along with the costs subsequently incurred in effecting service. Said costs shall be enumerated on each USM-285 form.

DATED this 27th day of January, 2011.

                                            James A. Teilborg
                                            United States District Judge