IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Willie D. Randle,<br><br>    Plaintiff,<br><br>vs.<br><br>L. V. Franklin et al.,<br><br>    Defendant. | No. CV-08-00845-JAT<br><br>**ORDER** |

Plaintiff has attempted to serve subpoenas upon sixteen unincarcerated witnesses to compel their attendance at trial. (Dkt. 87, 88.) If a witness is unwilling to voluntarily testify, the witness must be served with a subpoena, and Plaintiff must pay for the witness's presence. The appropriate daily witness fee is $40.00, plus the witness's travel expenses. 28 U.S.C. § 1821. The United States Marshal will not issue a subpoena (or subpoenas) until a money order is received. To date, Plaintiff has not paid any witness fees, and the Marshal has not served any of the subpoenas. Accordingly,

**IT IS HEREBY ORDERED** that if Plaintiff has not tendered, and the Clerk of the Court has not received, the fees described in 28 U.S.C. § 1821 by February 25, 2011, then subpoenas described in Docket 87 and 88 will be quashed.

//

//

1  DATED this 9th day of February, 2011.

_____
James A. Teilborg
United States District Judge