IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Willie D. Randle, | ) | No. CV-08-0845-JAT |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| L. V. Franklin et al., | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Order & Writ of Habeas Corpus Ad Testificandum to Transport David Hill, CDC #AB-9867 (Doc. # 92) is **QUASHED**. A writ will issue for the witness David Hill, inmate, F70901, commanding the custodian to produce the inmate.

DATED this 16th day of March, 2011.

_____
James A. Teilborg
United States District Judge