FILED

MAR 22 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. RANDLE, | CASE NO. 1:08-cv-00845-JAT PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON March 22, 2011 - March 24, 2011 @ 8:00 a.m. |
| v. | |
| L.V. FRANKLIN, ET. AL. | |
| Defendants. | |

Plaintiff Willie D. Randle # D-89098, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Tuesday, March 22, 2011 through March 24, 2011 as ordered by the Court.

It is so ORDERED.

DATED: 22 MAR 11

JAMES A TEILBORG
UNITED STATES DISTRICT JUDGE

1