**FILED**

MAR 2 2 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE D. RANDLE, <br><br> Plaintiff, <br><br> v. <br><br> L.V. FRANKLIN, et.al. <br><br> Defendants. | CASE NO. 1:08-cv-00845 JAT P <br><br> NOTICE AND ORDER THAT DAVID HILL #F-70901, IS NO LONGER NEEDED IN THESE PROCEEDINGS, |

Jury trial in this matter commenced on March 22, 2011. Inmate **David Hill, #F-70901**, is no longer needed by the Court these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 22 MAR 11

_____
JAMES A. TEILBORG
UNITED STATES DISTRICT JUDGE

1